### 10284.　BATTLE *v.* THE STATE.

BLOODWORTH, J.　There is no merit in any of the grounds of the amendment to the motion for new trial; there is evidence to support the verdict, and the judgment is
　　　　　　　*Affirmed. Broyles, P. J., and Stephens, J., concur.*
　　　　　　　　DECIDED JUNE 9, 1919.

Conviction of attempt to make liquor; from Coweta superior court—Judge Terrell. December 7, 1918.

*W. G. Post,* for plaintiff in error.

*C. E. Roop, solicitor-general,* contra.